UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
www.flnb.uscourts.gov

In re:

ROBERT ALLEN STIRLING
AMNERIS LALUZ STIRLING

Debtors. /

Case No.: 26-50137-MWC
Chapter 13

**RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Debtors, Robert Allen Stirling and Amneris Laluz Stirling, by and through undersigned counsel, hereby files this Response to Chapter 13 Trustee's Motion to Dismiss (Dkt. No. 23) and states as follows:

1. The Debtors filed this Chapter 13 Bankruptcy on July 2, 2026.
2. On August 18, 2026, the Chapter 13 Trustee file a Motion to Dismiss for Failure to Make Plan Payments.
3. On August 18, 2026, Debtors filed a Motion for Payroll Deduction. The Deduction Order was entered on August 18, 2026 at Dkt. No. 25.
4. The Trustee has since posted at least one payment in the amount of $2,560.00.
5. Debtors will continue to make monthly payments pursuant to the Chapter 13 Plan.

WHEREFORE, the Debtors respectfully requests that this Honorable Court deny the Chapter 13 Trustee's Motion to Dismiss and for any further relief the Court deems necessary and just.

Respectfully submitted this 8th day of September 2026 by,

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301

Telephone: (954) 765-3166

By: */s/ Stephanie D. Roache*
Stephanie D. Roache, Esq
Florida Bar No. 85404
stephanie@cvhlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Debtors' Response to Chapter 13 Trustee's Motion to Dismiss* was served on September 8, 2026 by the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Leigh A. Duncan
ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

Gavin Stewart on behalf of Creditor Toyota Motor Credit Corporation
bk@stewartlegalgroup.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

VAN HORN LAW GROUP, P.A.
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103

By: */s/ Stephanie D. Roache*
Stephanie D. Roache, Esq
Florida Bar No. 85404
stephanie@cvhlawgroup.com